■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE ROBINSON, Also Known as SILER DOWNS, Appellant. [995 NYS2d 910]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena Uviller, J.), rendered on or about December 12, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.

■ REGINE LEGRAND, Respondent, v GUILENE GANICH et al., Appellants. [994 NYS2d 538]—Judgment, Supreme Court, New York County (Arthur F. Engoron, J.), entered April 22, 2013, against defendants in plaintiff's favor in the aggregate amount of $81,121.92, unanimously affirmed, without costs.

Following a nonjury trial, the court concluded that plaintiff made a loan to defendants rather than an equity investment in their business. This decision, which was based on the credibility of the witnesses, is entitled to deference, and could have been reached under a fair interpretation of the evidence (*see e.g. Thoreson v Penthouse Intl.*, 80 NY2d 490, 495 [1992]; *Matter of Metropolitan Transp. Auth.*, 86 AD3d 314, 320 [1st Dept 2011]). Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.